# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ACIE ANTHONY BREWER**  **PLAINTIFF**
**ADC #083459**

v.  No. 4:23-CV-00364-LPR

**DOE, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Jerome T. Kearney and the Plaintiff's Objections.[1]  After a *de novo* review of the PRD, as well as careful consideration of Plaintiff's Objections and the case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's official capacity claims, failure to supervise claims, and failure to train claims against all Defendants are DISMISSED without prejudice for failure to state a claim on which relief may be granted.  Plaintiff's negligence claims against Defendants Goodloe and Lewis are also DISMISSED without prejudice for failure to state a claim on which relief may be granted.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 16th day of November 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Docs. 10 & 11.