IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ACIE ANTHONY BREWER**                                                                                         **PLAINTIFF**
**ADC #083459**

v.                                          No. 4:23-CV-00364-LPR

**DOE, et al.**                                                                                                       **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney and the Plaintiff's Objections.[1] After a *de novo* review of the RD, as well as careful consideration of Plaintiff's Objections and the case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, Defendants' Motion to Dismiss for Failure to State a Claim (Doc. 16) is GRANTED. This action is DISMISSED without prejudice for failure to state a claim on which relief may be granted. The Court's earlier Recommendations (Docs. 13 & 24) are DENIED as moot.[3] The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Docs. 26 & 30.

[2] One exception applies. The Court has already adopted Judge Kearney's PRD screening Plaintiff's Complaint (Doc. 10). *See* Order (Doc. 36). Therefore, the Court cannot deny it as moot.

[3] Pursuant to this Order of dismissal, the following motions are also DENIED as moot: Plaintiff's Motions for Summary Judgment (Docs. 12 & 23), Defendants' Motion to Stay (Doc. 27), Plaintiff's Motion to Appoint Counsel (Doc. 28), and Plaintiff's Motion for Order (Doc. 29).

IT IS SO ORDERED this 16th day of November 2023.

                                                      _____
                                                      LEE P. RUDOFSKY
                                                      UNITED STATES DISTRICT JUDGE