# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ACIE ANTHONY BREWER**                                                              **PLAINTIFF**
**ADC #083459**

v.                      No. 4:23-CV-00364-LPR

**DOE, et al.**                                                                       **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Orders entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 16th day of November 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE